IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

DEC 0 2 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:21 CR 833 |
| | ) Title 21, United States Code, |
| XAVIER YANEZ, | ) Sections 841(a)(1), (b)(1)(A), |
| LEAH ROBERTS, | ) (b)(1)(B) and 846 |
| Defendants. | ) JUDGE LIOI |

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1. From on or about December 4, 2020 to on or about January 29, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants XAVIER YANEZ and LEAH ROBERTS did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown, to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 2
(Attempted Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

2. On or about December 4, 2020, in the Northern District of Ohio, Eastern Division, Defendant LEAH ROBERTS did knowingly and intentionally attempt to possess with the intent

to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 3
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

3. On or about February 1, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant XAVIER YANEZ did knowingly possess and distributed 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 4
(Attempted Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

4. On or about January 29, 2021, in the Northern District of Ohio, Eastern Division, Defendant LEAH ROBERTS did knowingly and intentionally attempt to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendants XAVIER YANEZ and LEAH ROBERTS shall forfeit to the

United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; and, any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.