# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-833-2 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LEAH ROBERTS, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Thomas M. Parker Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Leah Roberts and enter a finding of guilty against defendant. (Doc. No. 50.)

On December 2, 2021, the government filed an Indictment against defendant. (Doc. No. 1.) On September 29, 2022, this Court issued an order assigning this case to Magistrate Judge Parker for the purpose of receiving defendant's guilty plea. (Doc. No. 44.)

On October 13, 2022, a hearing was held in which defendant entered a plea of guilty to:

- Count 1, charging her with Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(A);

- Count 2, charging her with Attempted Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C Sections 841(a)(1) and (b)(1)(B).

- Count 4, charging her with Attempted Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(A).

Magistrate Judge Parker received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 50.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that she understands her constitutional rights, that she is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 1, 2, and 4 of the indictment. The sentencing will be held on January 27, 2023, at 12:00 p.m.

**IT IS SO ORDERED**.

Dated: November 30, 2022

                                        **HONORABLE SARA LIOI**
                                        **UNITED STATES DISTRICT JUDGE**